IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARREN WOODRUFF                                                                             PETITIONER
ADC #99005

V.                                   NO. 5:13CV00317 KGB/JTR

RAY HOBBS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Motion to Dismiss this 28 U.S.C. § 2254 action, arguing that Petitioner's habeas claims are barred by the one-year statute of limitations. *Doc. #7*. Petitioner is directed to file, **on or before January 6, 2014,** a Response addressing the arguments for dismissal raised by Respondent.

DATED THIS 9th DAY OF December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE