**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DARREN WOODRUFF**                                                                                    **PETITIONER**
**ADC #99005**

v.                              Case No. 5:13-cv-00317-KGB/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 11) and the filed objections (Dkt. No. 14). After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

It is therefore ordered that respondent Ray Hobb's motion to dismiss is granted (Dkt. No. 7) and that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice (Dkt. No. 2). It is further ordered that a certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this the 22nd day of August, 2014.

_____
Kristine G. Baker
United States District Judge