# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DARREN WOODRUFF**                                                                                          **PETITIONER**
**ADC #99005**

**v.**                            Case No. 5:13-cv-00317-KGB/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this 28 U.S.C. § 2254 petition is dismissed with prejudice.

SO ADJUDGED this the 22nd day of August, 2014.

_____
Kristine G. Baker
United States District Judge