IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARREN WOODRUFF**  **PETITIONER**
**ADC #99005**

v.    Case No. 5:13-cv-00317-KGB/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**    **RESPONDENT**

## ORDER

Before the Court is petitioner Darren Woodruff's motion for reconsideration (Dkt. No. 17). For the same reasons set out in the June 11, 2014, Proposed Findings and Recommended Disposition (Dkt. No. 11), which the Court adopted on August 22, 2014 (Dkt. No. 15), the Court denies Mr. Woodruff's motion for reconsideration.

SO ORDERED this the 10th day of December, 2014.

_____
Kristine G. Baker
United States District Judge